UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LAWRENCE C. SHUFORD, | : | Bankruptcy Case No. 17-13191 (JKF) |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| | : | |

_____

TO THE PROTHONOTARY:

Kindly withdraw the Debtor's Expedited Motion to Reopen Chapter 7 Case entered at docket entry number 22 on October 18, 2017.

Respectfully submitted,

*CENTER CITY LAW OFFICES, LLC*

By:*Maggie S. Soboleski*
Pa. Id. No.: 88268
2705 Bainbridge Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com
Attorney for the Plaintiffs, Joseph and Grace Davis

Dated: December 5, 2017